AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| United States of America<br>v.<br>Norman Newman<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 3:20CR47(JCH) |

*True Copy*
*ATTEST:*
*ROBERTA D. TABORA*
*Clerk U.S. District C...*
*By:* _____
*Deputy Clerk*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Norman Newman,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 1349 (Conspiracy to Commit Mail and Wire Fraud);
18 USC § 1343 (Wire Fraud)

Date:  03/10/2020

*Issuing officer's signature*

City and state:  New Haven, Connecticut

A. Caffrey, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 3/11/2020 , and the person was arrested on *(date)* 3/11/2020
at *(city and state)* Bridgeport, CT  .

Date: 3/11/2020

*Arresting officer's signature*
#7071

Anita Butler, US Postal Inspector
*Printed name and title*

Case 3:20-cr-00047-AWT   Document 11   Filed 03/11/20   Page 2 of 4

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

Case 3:20-cr-00047-AWT   Document 11   Filed 03/11/20   Page 4 of 4