UNITED STATES OF AMERICA v. NORMAN NEWMAN
Case No. 3:20-cr-0047-JCH

Exhibits to Defendant's Memorandum of Law

June 29, 2020

| Exhibit | Date | Description |
|---------|------|-------------|
| A | June 12, 2012 | Norman Newman Testimony, *United States v. Sharon Henningsen and Timothy Donovan*, 2:11-CR-20008 (W.D. Ark. 2011) |
| B | Apr. 25, 2018 | Excerpts of Grand Jury Testimony of ▮ |
| C | May 29, 2019 | Excerpts of Grand Jury Testimony of ▮ |
| D | May 14, 2019 | Excerpts of Grand Jury Testimony of ▮ |
| E | N/A | Mailing, *United States v. Sharon Henningsen and Timothy Donovan*, 2:11-CR-20008 (W.D. Ark. 2011) |
| F | June 11, 2012 | DOJ Opening Statement, *United States v. Sharon Henningsen and Timothy Donovan*, 2:11-CR-20008 (W.D. Ark. 2011) |