UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NORMAN NEWMAN, | Case No. 3:20-cr-00047-AWT |

STIPULATION AND ORDER FOR PRETRIAL DEADLINES

WHEREAS, Defendant's Motion to Dismiss or, in the Alternative, for a Bill of Particulars (Dkt. No. 29) requested the Court to order certain pretrial disclosures; and

WHEREAS, the Government's Opposition to the Motion to Dismiss (Dkt. No. 34) agreed to a schedule for making such disclosures, and sought certain reciprocal disclosures from the Defendant; and

WHEREAS, the parties have conferred and reached agreement regarding the deadlines set forth below, with the understanding that the parties shall use their best good faith efforts to produce the materials required, but shall not be precluded from supplementing any disclosures if appropriate;

IT IS HEREBY STIPULATED AND AGREED, that:

1. The Government shall produce to Defendant the following materials by the dates indicated below:

    a. Rule 404b evidence – 45 days before trial;

    b. List of exhibits the Government intends to offer at trial – 45 days before trial;

    c. List of witnesses the Government intends to call at trial – 45 days before trial;

  d. Summary charts the Government intends to offer at trial – 30 days before trial;

  e. 18 U.S.C. § 3500 material concerning any witnesses the Government intends to call at trial – 30 days before trial.

2. Defendant Newman shall produce to the Government the following materials by the dates indicated below:

  a. List of exhibits Defendant intends to offer at trial, including any exhibits selected from the Government's discovery materials – 21 days before trial;

  b. Identification of any expert witness Defendant intends to offer at trial, as well as a summary of such witness' proposed testimony – 90 days before trial;

  c. Summary charts Defendant intends to offer at trial – 15 days before trial;

3. The Government and defendant shall jointly submit a list of names they believe will come up at trial by the commencement of jury selection.

SO STIPULATED AND AGREED.

 

 */s/ Alistair Reader*  
ALISTAIR F. A. READER, PHV #8904  
Trial Attorney  
EHREN REYNOLDS, PHV #10560  
Trial Attorney  
Consumer Protection Branch  
U.S. Department of Justice  
P.O. Box 386  
Washington, D.C. 20044  
Alistair.F.Reader@usdoj.gov  
(202) 353-9930  

DOUGLAS JENSEN, ESQ PHV #8628  
White & Case, LLP  
1221 Avenue of the Americas  
New York, NY 20020-1095  
(212) 819-8513  
DEIRDRE M. DALY, ESQ CT #419084  
Finn Dixon & Herling LLP  
Six Landmark Square  
Stamford, CT 06901-2704  
ddaly@fdh.com

Ehren.Reynolds@usdoj.gov
(202) 598-8339
HEATHER CHERRY, PHV #7037
Assistant United States Attorney
U.S. Attorney's Office
157 Church Street
New Haven, CT 06510
(203) 821-3719
heather.cherry@usdoj.gov

(203) 325-5050
*Attorneys for Defendant Norman Newman*

SO ORDERED.

_____          _____
HON. ALVIN W. THOMPSON                          DATE
UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that on February 18, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
DOUGLAS JENSEN, ESQ PHV #8628
White & Case, LLP
1221 Avenue of the Americas
New York, NY 20020-1095
Douglas.Jensen@whitecase.com
(212) 819-8513