UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NORMAN NEWMAN, | Case No. 3:20-cr-00047-AWT |

JOINT MOTION TO ADJOURN SENTENCING CONTROL DATE

The United States of America and Defendant Norman Newman respectfully request adjournment of the sentencing control date currently scheduled for January 14, 2022 and accompanying deadlines for preparation of a presentence report.

At defendant's plea hearing on April 23, 2021, the Court set a sentencing date for July 14, 2021, but directed the parties to confer about the schedule for sentencing and preparation of a presentence report. The parties conferred, and in light of defendant's ongoing cooperation with the government, jointly requested that the sentencing be adjourned for approximately six months until a control date of January 14, 2022, by which date the parties would advise the Court whether the case was ready for sentencing or whether another adjournment would be appropriate. By order dated April 28, 2021 (Docket No. 69), the Court granted that motion.

The defendant's cooperation with the government is ongoing, and accordingly the parties request an additional adjournment of the sentencing control date, until in or about the week of May 9, 2022. In light of the above, the parties also request that the process for preparation of the Presentence Report not begin until the parties have jointly informed the Court that the case is ready for sentencing.

WHEREFORE, it is respectfully requested that the Court grant the above-described requests for adjournment.

Dated: January 6, 2022

Respectfully submitted,

*[signature]*

_____
DOUGLAS JENSEN, ESQ PHV #8628
White & Case, LLP
1221 Avenue of the Americas
New York, NY 20020-1095
(212) 819-8513

DEIRDRE M. DALY, ESQ CT #419084
Finn Dixon & Herling LLP
Six Landmark Square
Stamford, CT 06901-2704
ddaly@fdh.com
(203) 325-5050

*Attorneys for Defendant Norman Newman*

3

**Certificate of Service**

I hereby certify that on January 6, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
DOUGLAS JENSEN, ESQ PHV #8628
White & Case, LLP
1221 Avenue of the Americas
New York, NY 20020-1095
Douglas.Jensen@whitecase.com
(212) 819-8513